IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * CRIMINAL NO.: WDQ-08-0269 |
| CHRISTOPHER JUDE BLAUVELT, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 1st day of May, 2009, ORDERED that:

1. Blauvelt's motion for a new trial (Paper No. 80) BE, and HEREBY IS, DENIED; and

2. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　William D. Quarles, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge